**Order entered June 8, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01479-CV

### IN THE INTEREST OF J.R.W., A CHILD

**On Appeal from the 199th Judicial District Court
Collin County, Texas
Trial Court Cause No. 469-56410-2010**

## ORDER

We **GRANT** appellee's opposed June 6, 2016 third motion to extend time to file appellee's brief and **ORDER** the brief filed no later than June 9, 2016. The Clerk of the Court is **DIRECTED** to set this case at issue June 10, 2016.


/s/     CRAIG STODDART
         JUSTICE